# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JOSEPH WAYNE HUNTER, #1981619, ) <br> (prior Dallas County # 13034945), ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> FELICIA PITRE, District Clerk of ) <br> Courts, et al., ) <br> Defendants. ) | No. 3:17-CV-1093-S-BH <br><br> Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed an objection. The District Judge reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error. The Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the plaintiff's claims will be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED.**

SIGNED July 2, 2020.

_____
UNITED STATES DISTRICT JUDGE